UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E.S., <br><br>            Plaintiff, <br><br>    v. <br><br>NANCY A. BERRYHILL, Commissioner of Social Security, <br><br>            Defendant. | CASE NO. CV 18-3319-AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 14, 2019

                                      ALICIA G. ROSENBERG
                                   United States Magistrate Judge